# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAMON L. SMITH

        Petitioner,

v.                                                     CASE NO. 04-74233
                                                      HON. LAWRENCE P. ZATKOFF

BLAINE LAFLER,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT

On January 3, 2006, Petitioner filed a Motion for Relief from Judgment pursuant to Rule 60(b)(1). Petitioner asserts that the Court mistakenly asserted that Petitioner had failed to object to the Magistrate's Report and Recommendation. After reviewing its file, the Court agrees that it failed to note the receipt of Petitioner's December 14, 2005 Objections. Nevertheless, the Court has since reviewed Petitioner's objections and finds that they are without merit. Accordingly, the Court HEREBY DENIES Petitioner's Motion for Relief from Judgment.

        IT IS SO ORDERED.

                                                      s/Lawrence P. Zatkoff
                                                      LAWRENCE P. ZATKOFF
                                                      UNITED STATES DISTRICT JUDGE

Dated: January 19, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 19, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290