## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DAMON L. SMITH,

        Plaintiff,

                                          CASE NO. 04-74233

v.                                    HON. LAWRENCE P. ZATKOFF

BLAINE LAFTER,

        Defendant.

_____/

## **ORDER**

        This matter is currently before the Court on Magistrate Judge Morgan's Amended Report and Recommendation in which the Magistrate Judge recommends that Plaintiff's Motion for Certificate of Appealability be denied. Plaintiff filed an objection to the Amended Report and Recommendation on May 22, 2006.

        After a thorough review of the court file, Plaintiff's and Defendant's motions, Plaintiff's objection, and the Amended Report and Recommendation, this Court ADOPTS the Amended Report and Recommendation and enters it as the findings and conclusions of this Court. Accordingly, the Court HEREBY DENIES Plaintiff's Motion for Certificate of Appealability.

        IT IS SO ORDERED.

                                 s/Lawrence P. Zatkoff_____
                                 LAWRENCE P. ZATKOFF
                                 UNITED STATES DISTRICT JUDGE

Dated: May 30, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 30, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290