No. 06-1429

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

DAMON L. SMITH,

    Petitioner-Appellant,

v.

BLAINE LAFLER, Warden,

    Respondent-Appellee.

ORDER

FILED
NOV - 3 2006
LEONARD GREEN, Clerk

FOR YOUR INFORMATION

    Damon L. Smith, a Michigan prisoner proceeding pro se, appeals the dismissal of his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Smith has filed an application for a certificate of appealability pursuant to Fed. R. App. P. 22(b)(2) and also requests the appointment of counsel on appeal.

    Smith was convicted of first-degree premeditated murder and possession of a firearm during a felony. He was sentenced to life in prison without the possibility of parole for the murder conviction and an additional two years for the firearm conviction. The Michigan Court of Appeals affirmed Smith's convictions and sentence and the Michigan Supreme Court denied his application for leave to appeal. Thereafter, Smith filed a § 2254 petition for a writ of habeas corpus, arguing that: (1) the trial court erroneously denied his request to appoint replacement counsel; (2) the prosecutor engaged in misconduct when he (a) made an argumentative and prejudicial opening statement, (b) insulted the defense, (c) vouched for Smith's guilt, and (d) appealed to the jury's sympathy; (3) his trial counsel provided ineffective assistance when counsel (a) failed to elicit information about plea agreements entered into by several witnesses, (b) failed to request an

No. 06-1429
- 2 -

instruction on an intoxication defense, (c) failed to investigate an alibi witness, and (d) failed to properly object to several trial errors; (4) the jury instructions were erroneous where (a) the standard accomplice instruction was not given regarding his co-defendant's testimony, (b) the trial court refused to give an instruction on an intoxication defense, and (c) the reasonable doubt instruction was not accurate; (5) cumulative error requires reversal; and (6) newly discovered evidence requires reversal. A magistrate judge issued a report, recommending that the petition be dismissed. Smith filed timely objections to the magistrate judge's report; however, the district court dismissed the petition, erroneously noting that Smith failed to file timely objections. Smith filed a motion for relief from judgement, arguing that his objections were timely. The district court agreed but denied the motion after reviewing the magistrate judge's report and Smith's objections. The district court declined to issue Smith a certificate of appealability and he now seeks the same from this court.

An individual seeking a certificate of appealability is required to make a substantial showing of the denial of a federal constitutional right. *See* 28 U.S.C. § 2253(c)(2); *cf. Barefoot v. Estelle*, 463 U.S. 880, 893 (1983). A petitioner satisfies this standard by demonstrating "'that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further.'" *Banks v. Dretke*, 540 U.S. 668, 705 (2004) (quoting *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003)).

Smith has not met this standard. Consequently, his requests for the appointment of counsel and certificate of appealability are denied.

ENTERED BY ORDER OF THE COURT

_Leonard Green_
Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

GREEN
CLERK

ROY G. FORD
(513) 564-7016
(FAX) 564-7095
www.ca6.uscourts.gov

Filed: November 3, 2006

Damon L. Smith

Raina I. Korbakis

    RE: 06-1429
        Smith vs. Lafter
        District Court No. 04-74233

Dear Mr Smith and Counsel:

    Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Roy G. Ford
Case Manager

Enclosure

cc: Honorable Lawrence P. Zatkoff
    Mr. David J. Weaver