04-74233
Detroit
Zatkoff

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

06-1429

William K. Suter
Clerk of the Court
(202) 479-3011

October 1, 2007

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

FILED
OCT 2 2 2007
LEONARD GREEN, Clerk

Re:  Damon L. Smith
     v. Blaine Lafler, Warden
     No. 07-5288
     (Your No. 06-1429)

FILED
OCT 29 2007
CLERK'S OFFICE
DETROIT

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk